# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

**IN RE:** Charles Dean Miller

                                                    )    **Bankruptcy No.** 10 B 04453
                                                    )
            **Debtor(s)**            )
                                                    )

## NOTICE AND ORDER ON TRUSTEE'S FINAL REPORT

TO:   See Attached Service List

     Please take notice that the Court will call the above-captioned case for another status hearing on   October 25, 2012 at 10:30 a.m.   In courtroom 682 of the Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois. The Chapter 7 Trustee, Andrew J. Maxwell is              / ordered to appear and provide a status at that time.

ENTER:

_____
Jack B. Schmetterer
United States Bankruptcy Judge

Date:  September 11, 2012